JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ESPARZA,<br><br>            Petitioner,<br><br>         v.<br><br>RICK HILL, Warden,<br><br>            Respondent. | Case No. CV 21-9969-JAK (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated:  May 31, 2022

_____
JOHN A. KRONSTADT
United States District Judge